**Petition for Writ of Mandamus Dismissed and Opinion filed April 11, 2024.**



**In The**

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

---

**NO. 14-24-00225-CV**

---

**IN RE FOX CORPORATE HOUSING, LLC D/B/A FOX INSURANCE HOUSING, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-47448**

---

## MEMORANDUM OPINION

On Thursday, March 28, 2024, relator Fox Corporate Housing, LLC d/b/a Fox Insurance Housing filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Ursula Hall, presiding judge of the 165th District Court of Harris County, to rule on relator's "Motion to Designate Penske Truck Leasing Co., L.P. as Responsible Third Party." The court requested

the real party in interest to file a response to relator's petition by April 4, 2024. On April 3, 2024, the trial court provided our court a copy of the "Order Granting Defendant Leave to Designate Responsible Third Party Penske Truck Leasing Co., L.P."

A petition for a writ of mandamus for failure to rule is dismissed as moot when the trial court rules after the petition for writ of mandamus is filed. *See In re 4KBC Trucking, LLC*, No. 14-23-00675-CV, 2023 WL 7141209, at *1 (Tex. App.—Houston [14th Dist.] Oct. 31, 2023, orig. proceeding); *In re Mem'l Hermann Health Sys.,* No. 14-24-00138-CV, 2024 WL 859381, at *1 (Tex. App.—Houston [14th Dist.] Feb. 29, 2024, orig. proceeding).

Because respondent ruled on the relator's motion after relator filed its petition for writ of mandamus, relator received the relief requested. Thus, this mandamus is now moot. As such, we dismiss relator's petition for writ of mandamus as moot.

PER CURIAM

Panel consists of Chief Justice Christopher, Justices Zimmerer and Wilson.